```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _04/10/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

Leo Hernandez,

        Defendant.

24 Cr. 170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated April 4, 2024, the Government requests a hearing, pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982), with respect to Defendant Leo Hernandez's current counsel, David J. Cohen. ECF No. 11. The request is GRANTED.

    The *Curcio* hearing shall be scheduled for **April 30, 2024**, at **3:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. CJA attorney Samuel Gregory has been appointed as *Curcio* counsel. Mr. Gregory shall meet with Defendant prior to the *Curcio* hearing and be present at the hearing.

    If the Court determines that Mr. Cohen is conflicted and Defendant knowingly and intelligently waives his right to conflict-free representation, the Court shall hold an initial conference immediately after the *Curcio* hearing.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

    SO ORDERED.

Dated: April 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge