```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

          -against-

Leo Hernandez,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/2024
```

24 Cr. 170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    WHEREAS, with the Defendant's consent, his guilty plea allocution was made before United States Magistrate Judge James L. Cott on June 20, 2024;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

    WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

    Sentencing in this matter will be held on **October 22, 2024**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl St, New York, NY 10007.  By **October 8, 2024**, Defendant shall file his sentencing submission.  By **October 15, 2024**, the Government shall submit its sentencing submission.

    SO ORDERED.

Dated: June 27, 2024
       New York, New York

                                                  ANALISA TORRES
                                              United States District Judge