UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LEO HERNANDEZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/6/2024_

24 Cr. 170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter currently scheduled for November 12, 2024, is ADJOURNED *sine die*. The Court will set a new sentencing date in due course.

    SO ORDERED.

Dated: November 6, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge