UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LEO HERNANDEZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/26/2024_

24 Cr. 170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        In the Presentence Investigation Report filed on September 10, 2024, Probation reports that, based on a July 21, 2024 financial affidavit, Defendant has either a "net income" or "gross income" of $21,600 monthly; Defendant has judgments of $10,480 or more against him, as well as credit accounts in collection; and Defendant's monthly personal expenses total $1,270. ECF No. 25 ¶¶ 71–73. The Court requires a more comprehensive accounting of Defendant's assets and finances prior to sentencing. Accordingly, by **December 12, 2024**, Defendant shall provide a detailed accounting of his personal and business assets and finances that shall include, but is not limited to including:

1. A list of Defendant's assets and each asset's estimated value;
2. A list of all debts held by Defendant, and all judgments and liens against Defendant;
3. Defendant's total monthly income and the sources and amounts of that income;
4. Defendant's monthly business expenses, broken down;
5. Defendant's monthly personal expenses, broken down; and
6. Defendant's 2023 business and personal tax returns.

        SO ORDERED.

Dated: November 26, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge