```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LEO HERNANDEZ,

                     Defendant.

24 Cr. 170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Sentencing in this matter shall take place on **December 20, 2024**, at **11:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: December 3, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge