UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

LEO HERNANDEZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/23/2024_

24 Cr. 170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court orders that Defendant Leo Hernandez's passport be released by Pretrial Services to Mr. Hernandez for the reasons stated on the record on December 20, 2024.

    SO ORDERED.

Dated: December 23, 2024
        New York, New York

_____
ANALISA TORRES
United States District Judge