UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LEO HERNANDEZ,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/28/2026

24 Cr. 170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has received Defendant's motion for early termination of supervised release, filed *pro se*.  ECF No. 39.  By **February 4, 2026**, the Court requests that Probation inform the Court via email whether Probation consents or objects to Defendant's request for early termination.  By **February 11, 2026**, the Government shall respond to Defendant's motion.

      SO ORDERED.

Dated: January 28, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge