UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LEO HERNANDEZ,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/13/2026
```

24 Cr. 170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Defendant's motion for modification of his conditions of probation, filed *pro se*. ECF No. 46. By **April 20, 2026,** the Government shall respond to Defendant's motion. In its response, the Government shall indicate Probation's position on the motion.

SO ORDERED.

Dated: April 13, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge